UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HERMAN LEE BARTON JR,

           Plaintiff,

   v.

WESTERN STATE HOSPITAL,

           Defendant.

CASE NO. C14-5431 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court dismisses this action without prejudice for failure to prosecute. *See* Local Rule 41(b)(2).

(3)    The Court revokes in forma pauperis status for purpose of appeal.

DATED this 10th day of September, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON (as authorized/dn)
UNITED STATES DISTRICT JUDGE

ORDER - 1